**2005-0033. Kowars v. Yount.**
Delaware App. No. 04CAE05037, 2004-Ohio-6260. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On January 7, 2005, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, sua sponte, that appellant show cause within fourteen days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

**2005-0241. State v. Love.**
Mahoning App. No. 03 MA 19, 2004-Ohio-7062. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County. It appearing to the court that appellant is without counsel,

IT IS ORDERED that the court of appeals shall appoint counsel for appellant pursuant to S.Ct.Prac.R. III(7).

IT IS FURTHER ORDERED by the court that a copy of this entry be sent to the court of appeals by the Clerk of this court and that appointed counsel shall file a copy of the court of appeals' entry of appointment with the Clerk of this court.

**2005-0256. State v. Coniglio.**
Cuyahoga App. No. 84302, 2004-Ohio-6909. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On February 4, 2005, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, sua sponte, that appellant show cause within fourteen days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

# MISCELLANEOUS DISMISSALS

**2003-2165. State v. Koliser.**
Mahoning C.P. No. 03CR535. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Mahoning County. On May 19, 2005, counsel for appellant filed a suggestion of death indicating that appellant is deceased. Accordingly,

IT IS ORDERED by the court, sua sponte, that this cause be, and hereby is, dismissed.

**2005-0638. State ex rel. Rittner v. Court of Appeals, Sixth Appellate Dist.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.